AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

OCALA DIVISION

TONY PRESTON AND ALETHEA PRESTON

**SUMMONS IN A CIVIL CASE**

V.

MORTGAGE GUARANTY INSURANCE CORPORATION OF MILWAUKEE and FLAGSTAR BANK, FSB

CASE   5:03-111-OC-10GRJ

FILED
03 APR 23 AM 10:53

TO: (Name and address of Defendant)

FLAGSTAR BANK, FSB
Mark T. Hammond, President
5151 Corporate Drive
Troy, Michigan   48098

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TERRY A. SMILJANICH
JAMES HOYER NEWCOMER & SMILJANICH, P.A.
4830 W. Kennedy Blvd., Suite 550
Tampa, FL   33609
(813) 286-4100

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                               4-7-03

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where: _7:00_
   _D.N.P. Orororo UK Farm. Hills, M._

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _Jill Gleason_

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _4/1/03_
Date

Signature of Server: ROBERT LUTREN, COURT OFFICER

Address of Server: ROBERT LUTREN INC.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.