UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TONY PRESTON, *et al.*                       CASE NO. 5:03-cv-111-Oc-10GRJ
And All Others Similarly Situated,

          Plaintiffs,

vs.

MORTGAGE GUARANTY INSURANCE
CORPORATION OF MILWAUKEE,

          Defendant.
_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties having entered into a Settlement Agreement, Plaintiffs and Defendant hereby stipulate, pursuant to Rule 41(a)(1)(ii), that the above action is hereby **DISMISSED**, with prejudice, each party to bear their own costs and fees.

| | |
|---|---|
| JAMES, HOYER, NEWCOMER & SMILJANICH, P.A | FOLEY & LARDNER |
| /s/ Terry A. Smiljanich | /s/ Michael D. Crosbie |
| Terry A. Smiljanich | Michael D. Crosbie |
| Florida Bar No. 145359 | Florida Bar No. 0072575 |
| W. Christian Hoyer | Christie Adams |
| Florida Bar No.: 162703 | Florida Bar No. 0498351 |
| Kathleen Clark Knight | 111 N. Orange Avenue |
| Florida Bar No.: 0047120 | Suite 1800 |
| 4830 W. Kennedy Blvd., Suite 550 | Orlando, FL 32801-2386 |
| Tampa, FL 33609 | Telephone (407) 423-7656 |
| Telephone: (813) 286-4100 | Facsimile (407) 648-1743 |
| Facsimile: (813) 286-4174 | |
| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |

DATED this 5th day of January, 2005.